UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRANKLIN DAVIS, | Case No. 1:26-cv-04811-HBK |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (Doc. 2) |
| EDWARD SILVA, SUBSTANCE ABUSE AND TREATMENT FACILTIY, STATE OF CALIFORNIA, and CHIKA MBADUGHA, | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS |
| Defendant. | |

Plaintiff, a prisoner, initiated this action on June 23, 2026, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff seeks leave to proceed *in forma pauperis* (Doc. 2) and the California Department of Corrections (CDCR) submitted a copy of Plaintiff's prison trust fund statement. (Doc. 6). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915.

Pursuant to 28 U.S.C. § 1915(b)(1), the court has calculated Plaintiff's average monthly deposits for the six-month period preceding the filing of this action, including a deposit received on June 12, 2026, in the amount of $2,185.85 that is presently subject to an institutional hold. The average monthly deposits for that period are approximately $402.29, and the initial partial

filing fee is therefore assessed at $80.46, which is twenty percent (20%) of the average monthly deposits. CDCR shall collect this initial partial filing fee from Plaintiff's trust account as soon as funds, including funds currently subject to institutional hold, become available following expiration or lifting of the hold, and shall forward the payment to the Clerk of Court. Thereafter, CDCR shall continue to collect monthly payments as set forth in 28 U.S.C. § 1915(b)(2) until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $80.46 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) as soon as the funds currently subject to institutional hold become available following expiration or lifting of the hold, and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated:  ___June 29, 2026___

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2